UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>Plaintiff,<br><br>v.<br><br>JEFF LYNCH, et al.,<br><br>Defendants. | No. 2: 23-cv-2275 KJN P<br><br>ORDER & FINDINGS & RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, the undersigned recommends that this action be dismissed.

On October 18, 2023, the undersigned issued an order screening plaintiff's complaint. (ECF No. 7.) The undersigned found that the complaint stated potentially colorable claims against defendants Lynch and Does 1-4 based on their alleged failure to have the ventilation in plaintiff's cell repaired. (Id.) The undersigned found that plaintiff's claims against defendants Lynch and Doe 4 based solely on their supervisory status and all claims against defendants Andes and O'Brien were not potentially colorable. (Id.)

In the October 18, 2023 order, the undersigned granted plaintiff thirty days to either file an amended complaint or return the notice indicating that he opted to proceed on the original complaint as to the potentially colorable claims against defendants Lynch and Does 1-4. (Id.)

1

The October 18, 2023 order warned plaintiff that failure to comply with the order would result in a recommendation that this action be dismissed.  (Id.)

Thirty days passed from October 18, 2023 and plaintiff did not file an amended complaint or the notice indicating that he opted to proceed on the potentially colorable claims against defendants Lynch and Does 1-4.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge to this action; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 30, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Pow2275.fta